IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA POTTER, | ) |
| | ) |
| v. | ) 3:05-0344 |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of | ) |
| Social Security Administration. | ) |

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends that the Plaintiff's Motion for Judgment on the Administrative Record be granted and the decision of the Administrative Law Judge be reversed and remanded. No objections have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff, Document #5, is hereby **GRANTED** and the decision of the Commissioner is **REVERSED** and benefits awarded.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge